

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 20, 2022

By CM/ECF

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>**United States** v. **Tasleem Khan**</u>
             **Docket No. 21-1440**

Dear Ms. Wolfe:

    The Government writes to advise this Court that the defendant-appellant, Tasleem Khan, was released from the custody of the Bureau of Prisons on or about January 28, 2022, due to the completion of his term of imprisonment. As a result, and as argued in the Government's brief, pages 7 through 9, his appeal is moot. *E.g. United States v. Probber*, 170 F.3d 345, 348 (2d Cir. 1999).

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

                By: <u>/s/ Samuel L. Raymond</u>
                     Samuel L. Raymond
                     Assistant United States Attorney
                     Tel: (212) 637-6519

cc: YUANCHUNG LEE, Esq. (via CM/ECF)