# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-1440

**Caption [use short title]**

**Motion for:** Dismiss

Set forth below precise, complete statement of relief sought:

The Government seeks to dismiss the appeal, because it is moot

**United States of America v. Khan**

**MOVING PARTY:** United States of America      **OPPOSING PARTY:** Tasleem Khan

☐ Plaintiff      ☐ Defendant
☐ Appellant/Petitioner      ☑ Appellee/Respondent

**MOVING ATTORNEY:** Damian Williams, U.S. Attorney, Southern District of New York      **OPPOSING ATTORNEY:** YUANCHUNG LEE

[name of attorney, with firm, address, phone number and e-mail]

By: Samuel L. Raymond, Assistant U.S. Attorney

One Saint Andrew's Plaza, New York, NY 10007

(212) 637-6519; Email: samuel.raymond@usdoj.gov

**Court- Judge/ Agency appealed from:** The Honorable Kimba M. Wood, United States District Judge, Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☑ Yes  ☐ No  If yes, enter date: 5/6/2022

**Signature of Moving Attorney:**

Samuel L. Raymond      **Date:** 3/23/2022      Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)